RECORDING REQUESTED
AND PREPARED BY:
Celink
PO Box 40724
Lansing, Michigan 48901
(517) 321-8980
KRIS MIRELES - CELINK

And When Recorded Mail To:
Celink
PO Box 40724
Lansing, Michigan 48901

_____ above for Recorder's use _____

MERS MIN#:
Customer#:
Loan#:

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.("MERS") WHOSE ADDRESS IS 1901 EAST VOORHEES ST STE C, DANVILLE IL 61834, PO BOX 2026, FLINT MI 48501, AS NOMINEE FOR AMERICAN ADVISORS GROUP, ITS SUCCESSORS AND/OR ASSIGNS, 3800 W. CHAPMAN AVE 3RD FLOOR, ORANGE, CA  92868 0000.  By these presents does convey, grant, bargain, assign, transfer and set over to: AMERICAN ADVISORS GROUP, 3800 W. CHAPMAN AVE 3RD FLOOR, ORANGE, CA 92868 0000. The described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage in the amount of $96,000.00 recorded in the State of MAINE, County of WASHINGTON Official Records, dated JANUARY 23, 2015 and recorded on FEBRUARY 12, 2015, as Instrument No. 1332, in Book No. 04129, at Page No. 171.
Original Mortgagor: LENA M MACKENZIE, SURVIVING JOINT TENANT OF ARTHUR WILLIAM MACKENZIE, WHO DIED MARCH 20, 2010. Original Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS") AS NOMINEE FOR AMERICAN ADVISORS GROUP.
Date July 17 2018
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.("MERS") AS NOMINEE FOR AMERICAN ADVISORS GROUP, ITS SUCCESSORS AND/OR ASSIGNS

By: _____
JANE WARD, ASSISTANT SECRETARY

State of     MICHIGAN                }
County of   CLINTON                  } ss.

On __7·17·2018__ before me, KRISTINA M. MIRELES, a Notary Public, personally appeared JANE WARD personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name): KRISTINA M. MIRELES

Notary Public In and for INGHAM County
Acting in CLINTON County, MICHIGAN State
My Commission Expire: 09/11/2021



